AO 106A (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

**FILED**
2:06 pm Nov 07 2025
Clerk U.S. District Court
Northern District of Ohio
Cleveland

In the Matter of the Search of )
Three U.S. Postal Service mail parcels listed in Attachment A. )
9405536208303295263814, 9405536206249311160564, ) Case No. 1:25-mj-3256-RJS
9405536206249311258094. )
)
)

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
Three U.S. Postal Service mail parcels listed in Attachment A. 9405536208303295263814, 9405536206249311160564, 9405536206249311258094.

located in the ___Northern___ District of ___Ohio, Eastern Division___, there is now concealed *(identify the person or describe the property to be seized)*:

A quantity of a controlled substance and/or proceeds which are evidence thereof, and/or contraband, in violation of Tile 21, United States Code, Section 841 (a)(1).

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☒ evidence of a crime;
☒ contraband, fruits of crime, or other items illegally possessed;
☐ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) | Distributing and possessing with intent to distribute controlled substances |

The application is based on these facts:
As set forth in the attached Affidavit of U.S. Postal Inspector TFO Michael Twombly.

☒ Continued on the attached sheet.
☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Michael Twombly, U.S. Postal Inspector TFO
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
telephone, after a PDF was submitted via electronic mail *(specify reliable electronic means)*.

Date: 11/7/25

*Judge's signature*

City and state: Cleveland, Ohio

REUBEN J. SHEPERD, U.S. Magistrate Judge
*Printed name and title*