| **Return** | | |
|---|---|---|
| Case No.: <br> 1:25-mj-3256-RJS | Date and time warrant executed: <br> 11/7/2025  2:18 P.M. | Copy of warrant and inventory left with: |

Inventory made in the presence of :
USPIS D. Louis

Inventory of the property taken and name(s) of any person(s) seized:

A.      U. S. Postal Service Priority Mail parcel bearing tracking no. 9405536208303295263814 addressed to, DANIELLE ROTE, 6302 BRADLEY AVE., PARMA, OH 44129-2222 bearing return address of STEVEN P. ORLANDO, 10 WESTBURY AVE., STATEN ISLAND, NY 10301-2026. The parcel was opened and found to contain approx 95 grams of ketamine.

B.      U. S. Postal Service Priority Mail parcel bearing tracking no. 9405536206249311160564 addressed to, NATHAN TOWNSEND, 3812 W. 129th ST., CLEVELAND, OH 44111-4508 bearing return address of PATRICK POTTER, 17 S. STATE ST., CONCORD, NH 03301-3778. The parcel was opened and found to contain approx 55 grams of zanax.

C.      U. S. Postal Service Priority Mail parcel bearing tracking no. 9405536206249311258094 addressed to, DR. DOBS BARNA, 26963 SOUTHWOOD LN., OLMSTED FALLS, OH 44138-1156 bearing return address of KEIRY KAUFMAN, 11523 PEMBROKE ST., LOMA LINDA, CA 92354. The parcel was opened and found to contain approx 95 grams of methamphetamine

**FILED**
3:33 pm Nov 07 2025
**Clerk U.S. District Court**
**Northern District of Ohio**
**Cleveland**

NO OTHER ITEMS TAKEN

| **Certification** |
|---|

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 11/7/2025

*Executing officer's signature*

USPIS TFO Michael Twombly
*Printed name and title*

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

In the Matter of the Search of )
Three U.S. Postal Service mail parcels listed in Attachment A. )
9405536208303295263814, 9405536206249311160564, ) Case No. 1:25-mj-3256-RJS
9405536206249311258094. )
)
)

**WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS**

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the     Northern     District of     Ohio, Eastern Division    
*(identify the person or describe the property to be searched and give its location)*:

Three U.S. Postal Service mail parcels listed in Attachment A. 9405536208303295263814, 9405536206249311160564, 9405536206249311258094.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

A quantity of a controlled substance and/or proceeds which are evidence thereof, and/or contraband, in violation of Tile 21, United States Code, Section 841 (a)(1).

**YOU ARE COMMANDED** to execute this warrant on or before _____ *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to   REUBEN J. SHEPERD  .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:    11/7/25, 1:55pm

*Judge's signature*

City and state:    Cleveland, Ohio    REUBEN J. SHEPERD, U.S. Magistrate Judge
*Printed name and title*